IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES DAN TAYLOR                                                                         PLAINTIFF

vs.                                       Civil No. 4:10-cv-4161

NURSE WILLIAMS, Miller County
Correctional Facility; CAPTAIN
HEINTZLEMAN, Miller County
Correctional Facility; and CAPTAIN
HARTLINE, Miller County Correctional
Facility                                                                                    DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed November 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26.  Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of November, 2011.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge